# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**MELISSA IVEY**   PLAINTIFF

v.   CAUSE NO. 1:17cv129-LG-RHW

**MEGAN J. BRENNAN,
POSTMASTER GENERAL,
and UNITED STATES
POSTAL SERVICE**   DEFENDANTS

## JUDGMENT

This matter having come on to be heard on the [27] Motion for Summary Judgment filed by the defendants, Megan J. Brennan, Postmaster General, and United States Postal Service the Court, after a full review and consideration of the Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Memorandum Opinion and Order entered herein,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of Megan J. Brennan, Postmaster General, and the United States Postal Service. This lawsuit is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 24th day of August, 2018.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE